**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00598-CV

**MARC HEALEY, Appellant**

**V.**

**NATASHA HALL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 92099CC2**

## ORDER

Before the court is appellant's October 12, 2016 unopposed motion for extension of time to file a brief. He informs the court he is still waiting on the reporter's record and clerk's record. By order dated July 13, 2016, this court ordered the appeal submitted without the reporter's record. On October 14, 2016, the Clerk of this court mailed a CD of the clerk's record and supplemental clerk's record to appellant.

We **GRANT** appellant's motion to the extent that he shall file a brief by NOVEMBER 16, 2016.

s/      ELIZABETH LANG-MIERS
JUSTICE
